UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00149-1D

| UNITED STATES OF AMERICA | ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL |
|---|---|
| v. | |
| NYKEEM TAYQUAN ODOM | |

This matter having come before the Court by the Defendant's motion for leave to file document under seal, it is ORDERED that the motion is granted.

SO ORDERED.

This __13__ day of July, 2021.

JAMES C. DEVER III.
UNITED STATES DISTRICT JUDGE