IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00149-D-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NYKEEM TAYQUAN ODOM | ) | |

Upon motion by the Government to vacate the Preliminary Order of Forfeiture entered July 15, 2021 as to the Taurus Model TH40, 40 caliber pistol bearing serial number SMA13016, and any and all related ammunition, and for good cause shown, it is hereby

ORDERED that the Preliminary Order of Forfeiture [DE-77] is vacated.

SO ORDERED this 21 day of October, 2021.

JAMES C. DEVER III
United States District Judge