IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:20-CR-149-D
5:23-CV-746-D

| | |
|---|---|
| NYKEEM TAYQUAN ODOM, ) | |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

The court has reviewed the record. For the reasons stated in the government's memorandum [D.E. 131], the court GRANTS the government's motion to dismiss [D.E. 130], DENIES a certificate of appealability, and DISMISSES petitioner's motions to vacate [D.E. 120, 127]. The court DENIES as meritless petitioner's other motions [D.E. 123, 124]. See [D.E. 133].

SO ORDERED. This 20 day of August, 2025.

JAMES C. DEVER III
United States District Judge