IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-149-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NYKEEM TAYQUAN ODOM, | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered defendant's request to provide a favorable statement to the Bureau of Prisons about whether he should serve his state sentence concurrent with or consecutive to his federal sentence [D.E. 147]. The court also has considered the United States' motion to dismiss [D.E. 149, 150] and defendant's reply [D.E. 152].

The court declines to issue the requested recommendation. The court GRANTS the United States' motion to dismiss [D.E. 149] and DISMISSES WITHOUT PREJUDICE the request.

SO ORDERED. This 4 day of November, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge